UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:97-CR-0072-BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ERIC HAWKINS | ) | |

This matter is before the court on defendant's letter filed 17 February 2017. (DE # 44.) Defendant requests that the court grant him a year off his sentence for participation in a residential drug abuse program. While the court commends defendant on his positive achievements while incarcerated, the court does not have the authority to modify a sentence of imprisonment except under limited circumstances not applicable here. See 18 U.S.C. §§ 3582(b), (c). It is also within the discretion of the Bureau of Prisons, not the court, to reduce a nonviolent offender's remaining term of imprisonment for successful completion of a treatment program. Id. § 3621(e)(2)(B). Therefore, to the extent defendant's letter could be deemed a motion, it is DENIED.

This 19 April 2017.

_____
W. Earl Britt
Senior U.S. District Judge